EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 13 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00395 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. § 2252 |
| GREG KAWACHI, ) | [Child Pornography] |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about June 3, 2004, in the District of Hawaii, GREG KAWACHI did knowingly possess matters, namely, a computer hard drive, floppy diskettes and compact disks, which contained visual depictions of minors engaged in sexually explicit conduct,

with GREG KAWACHI then knowing that the production of said visual depictions involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

### SENTENCING ALLEGATIONS

The Grand Jury makes the following sentencing allegations:

1. Defendant GREG KAWACHI possessed materials which involved a prepubescent minor, or a minor under the age of twelve years.

2. Defendant GREG KAWACHI's possession of the materials resulted from his use of a computer.

3. The offense involved the possession of six hundred or more images involving the sexual exploitation of minors.

///
///
///
///
///

Dated: Honolulu, Hawaii, OCT 13 2004.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Greg Kawachi
Cr. No. _____
"Indictment"